COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|                   |   |                          |
|-------------------|---|--------------------------|
|                   | § |                          |
| IN RE:            |   | No. 08-19-00203-CV       |
|                   | § |                          |
| RICHARD RECHY,    |   | AN ORIGINAL PROCEEDING   |
|                   | § |                          |
| Relator.          |   | IN MANDAMUS AND          |
|                   | § |                          |
|                   |   | INJUNCTION               |
|                   | § |                          |

# **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus and injunction against the Honorable Angie Barill, Judge of the 346th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus and injunction should be denied. We therefore deny the petition for writ of mandamus and injunction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2019.


GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Rodriguez, J., not participating